UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

SERGEY V. GENSITSKIY,

            Petitioner,

   v.

RON HAYNES,

            Respondent.

CASE NO. C19-5355 BHS

ORDER ADOPTING REPORT AND RECOMMENDATION

This matter comes before the Court on the Report and Recommendation ("R&R") of the Honorable Theresa L. Fricke, United States Magistrate Judge. Dkt. 13. The Court having considered the R&R and the remaining record, and no objections having been filed, does hereby find and order as follows:

(1) The R&R is **ADOPTED**;

(2) Petitioner's petition for habeas corpus, Dkt. 1, is **DENIED**;

(3) A certificate of appealability is **DENIED**; and

(4) This case is closed.

Dated this 30th day of November, 2020.

*[signature]*

BENJAMIN H. SETTLE
United States District Judge

ORDER